Michael Rose, ABA 1211110
Attorney at Law
Law Office of Ralph Ertz
800 E. Dimond Boulevard, Suite 3-520
Anchorage, AK 99515
Phone: (907) 272-2721
Fax: (907) 272-2745

Attorney for Plaintiff State Farm Mutual Automobile Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:16-cv-00097-JWS<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br>[Rules 23(e), 23.1(c), 23.2 and 66] |

Plaintiff State Farm Mutual Automobile Insurance Company, by and through counsel, the Law Office of Ralph Ertz; and Defendant United States of America, by and through counsel, Richard L. Pomeroy, hereby stipulate that all claims that were, or which could have been, asserted by the parties in this case are dismissed with prejudice, with each side to bear its own costs and attorney fees.

LAW OFFICE OF RALPH ERTZ

_/s/ Michael A. Rose_
Michael A. Rose, ABA 1211110
Attorney for Plaintiff

11/28/16
Date

KAREN L. LOEFFLER
United States Attorney

_/s/ Richard L. Pomeroy_
Richard L. Pomeroy, ABA 8906031
Assistant U.S. Attorney

28 November 2016
Date

Michael Rose, ABA 1211110
Attorney at Law
Law Office of Ralph Ertz
800 E. Dimond Boulevard, Suite 3-520
Anchorage, AK 99515
Phone: (907) 272-2721
Fax: (907) 272-2745

Attorney for Plaintiff State Farm Mutual Automobile Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:16-cv-00097-JWS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

It is HEREBY ORDERED that the above-captioned action shall be DISMISSED WITH PREJUDICE, with the parties to bear their respective attorney's fees and costs.

DATED at Anchorage, Alaska, this _____ day of _____, 20___.

_____
Honorable John W. Sedwick
United States District Judge, Senior Judge